**No. 10-8530. Rudy B., Petitioner v. New Mexico.**

563 U.S. 940, 131 S. Ct. 2098, 179 L. Ed. 2d 898, 2011 U.S. LEXIS 3027.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of New Mexico denied.

Same case below, 149 N.M. 22, 243 P.3d 726.

**No. 10-8546. Rodrigo Hernandez, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 940, 131 S. Ct. 2098, 179 L. Ed. 2d 898, 2011 U.S. LEXIS 3061.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 81.

**No. 10-8594. Tracy Lee Selvy, Petitioner v. United States.**

563 U.S. 940, 131 S. Ct. 2098, 179 L. Ed. 2d 898, 2011 U.S. LEXIS 3178.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 619 F.3d 945.

**No. 10-8808. Hung Le Vo, Petitioner v. Richard Kirkland, Warden.**

563 U.S. 940, 131 S. Ct. 2099, 179 L. Ed. 2d 898, 2011 U.S. LEXIS 3067.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8811. Kamlesh Rana, Petitioner v. Georgia.**

563 U.S. 940, 131 S. Ct. 2099, 179 L. Ed. 2d 898, 2011 U.S. LEXIS 3165.

April 18, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 304 Ga. App. 750, 697 S.E.2d 867.

**No. 10-8822. Daniel K. Johnson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 940, 131 S. Ct. 2103, 179 L. Ed. 2d 898, 2011 U.S. LEXIS 3081,

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 406 Fed. Appx. 882.

**No. 10-8845. Renaldo Devon McGirth, Petitioner v. Florida.**

563 U.S. 940, 131 S. Ct. 2100, 179 L. Ed. 2d 898, 2011 U.S. LEXIS 3133.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 48 So. 3d 777.